1054

[No. 9011–6–III.   Division Three.   February 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM A.
PALO, *Appellant.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 87–1–00035–3, Jo Anne Alumbaugh, J.,
entered December 14, 1987. *Affirmed* by unpublished opin-
ion per Green, J., concurred in by Thompson, C.J., and
Munson, J.

[No. 9055–8–III.   Division Three.   February 28, 1989.]

JERRY DON FOSTER, *Appellant,* v. THE INDETERMINATE
SENTENCE REVIEW BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 87–2–00238–2, James B. Mitchell, J.,
entered June 25, 1987. *Affirmed* by unpublished opinion
per Green, J., concurred in by Thompson, C.J., and Mun-
son, J. Now published at 54 Wn. App. 100.

[No. 22364–0–I.   Division One.   March 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
CARPENTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–04119–7, Carmen Otero, J., entered May
4, 1988. *Dismissed* by unpublished opinion per Swanson, J.,
concurred in by Grosse, A.C.J., and Williams, J. Pro Tem.

[No. 11297–3–II.   Division Two.   March 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
MICHAELS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–1–00912–4, D. Gary Steiner, J., entered
August 19, 1987. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Reed and Petrich, JJ.